```
FILED
June 29, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. MAG. 06-0148-GGH |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| BRIAN TYRONE PLEASANT, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release BRIAN TYRONE PLEASANT, Case No. MAG. 06-0148-GGH, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___   Release on Personal Recognizance

    _X_   Bail Posted in the Sum of $ 25,000.00

          ___   Unsecured Appearance Bond

          _X_   Appearance Bond with 10% Deposit

          ___   Appearance Bond with Surety

          ___   Corporate Surety Bail Bond

    _X_   (Other) Conditions as stated on the record

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA  on June 29, 2006  at  11:30 a.m.

By    **GREGORY G. HOLLOWS**
Gregory G. Hollows
United States Magistrate Judge