```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  SAMANTHA S. SPANGLER
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2792
 5
 6
 7                IN THE UNITED STATES DISTRICT COURT
 8              FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,    )  CASE NO. MAG. 06-0148 GGH
                                 )
11            Plaintiff,         )  STIPULATION AND ORDER
                                 )  CONTINUING PRELIMINARY HEARING
12       v.                      )
                                 )
13  BRIAN TYRONE PLEASANT,       )  DATE:  August 28, 2006
                                 )  TIME:  2:00 p.m.
14            Defendant.         )  COURT: Duty Magistrate Judge
    _____)
15
16                           Stipulation
17       The parties, through undersigned counsel, stipulate that the
18  preliminary hearing currently scheduled for Monday, July 10, 2006,
19  should be continued to Monday, August 28, 2006, at 2:00 p.m.
20       The parties are in the process of negotiating a pre-indictment
21  plea agreement.  Additionally, the United States anticipates
22  providing discovery to defense counsel within the next few days,
23  which will facilitate the negotiations.
24  ///
25  ///
26  ///
27  ///
28  ///
```

1

1      The defendant is out of custody on bail.  The defendant
2 personally consents to the continuance and agrees that good cause
3 has been shown.

4 DATED:  July 6, 2006                McGREGOR W. SCOTT
                                      United States Attorney
5

6
                                by    /s/ Samantha S. Spangler
7                                     Samantha S. Spangler
                                      Assistant U.S. Attorney
8

9 DATED:  July 6, 2006                DANIEL BRODERICK
                                      Federal Defender
10

11                              by    /s/ Ned Smock
                                      Ned Smock
12                                    Assistant Federal Defender

13

14 DATED: July 6, 2006                 /s/ Brian Tyrone Pleasant
                                      Brian Tyrone Pleasant, Defendant
15

16                              Order

17    Good cause appearing, the same is hereby ordered.

18     IT IS SO ORDERED.

19 DATED: July 10, 2006.

20

21                              _____
                                DALE A. DROZD
22                              UNITED STATES MAGISTRATE JUDGE

23

24

25 Ddad1/orders.criminal/pleasant0148.stipord

26

27

28

2