1  McGREGOR W. SCOTT
   United States Attorney
2  SAMANTHA S. SPANGLER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2792

5

6

7                IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,     )    CASE NO. MAG. 06-0148 GGH
                                  )
11              Plaintiff,        )    STIPULATION AND ORDER
                                  )    CONTINUING PRELIMINARY HEARING
12       v.                       )
                                  )
13  BRIAN TYRONE PLEASANT,        )    DATE:   September 22, 2006
                                  )    TIME:   2:00 p.m.
14              Defendant.        )    COURT:  Duty Magistrate Judge
    _____)

15

16                          Stipulation

17       The parties, through undersigned counsel, stipulate that the

18  preliminary hearing currently scheduled for Monday, August 28, 2006,

19  should be continued to Friday, September 22, 2006, at 2:00 p.m.

20       The parties are in the process of negotiating a pre-indictment

21  plea agreement.

22       The defendant is out of custody on bail.  The defendant

23  personally consents to the continuance and agrees that good cause

24  has been shown.

25  DATED:  August 22, 2006          McGREGOR W. SCOTT
                                     United States Attorney
26

27

28                            by    /s/ Samantha S. Spangler
                                    Samantha S. Spangler
                                    Assistant U.S. Attorney


                                    1

1    DATED:  August 22, 2006              DANIEL J. BRODERICK
                                          Federal Defender
2

3                                  by     /s/ Ned Smock
                                          Ned Smock
4                                         Assistant Federal Defender

5

6    DATED:  August 21, 2006              /s/ Brian Tyrone Pleasant
                                          Brian Tyrone Pleasant, Defendant
7

8                              Order

9         Good cause appearing, the same is hereby ordered.

10        IT IS SO ORDERED.

11   DATED: 8/23/06                       /s/ Gregory G. Hollows

12                                        United States Magistrate Judge

13
     pleasant.ord
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2