1  McGREGOR W. SCOTT
   United States Attorney
2  SAMANTHA S. SPANGLER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2792

FILED

OCT 17 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. MAG. 06-0148 GGH |
| Plaintiff, | AMENDED STIPULATION AND [PROPOSED] ORDER CONTINUING PRELIMINARY HEARING |
| v. | |
| BRIAN TYRONE PLEASANT, | |
| Defendant. | DATE: October 27, 2006<br>TIME: 2:00 p.m.<br>COURT: Duty Magistrate Judge |

### Stipulation

The parties, through undersigned counsel, stipulate that the preliminary hearing currently scheduled for Friday, October 13, 2006, should be continued to Friday, October 27, 2006, at 2:00 p.m.

The parties are in the process of negotiating a pre-indictment plea agreement.

///
///
///
///
///
///
///

1

```
 1        The defendant is out of custody on bail.  The defendant
 2   personally consents to the continuance and agrees that good cause
 3   has been shown.
 4   DATED:  October 12, 2006            McGREGOR W. SCOTT
                                         United States Attorney
 5
 6                                 by    /s/ Samantha S. Spangler
                                         Samantha S. Spangler
 7                                       Assistant U.S. Attorney
 8
     DATED:  October 12, 2006            DANIEL J. BRODERICK
 9                                       Federal Defender
10
                                   by    /s/ Ned Smock
11                                       Ned Smock
                                         Assistant Federal Defender
12
13
     DATED:  October 12, 2006            /s/ Brian Tyrone Pleasant
14                                       Brian Tyrone Pleasant, Defendant
                                         (original retained in attorney's
15                                       file)
```

### Order

Good cause appearing, the same is hereby ordered.

IT IS SO ORDERED.

DATED: October 16, 2006.

*nunc pro tunc to*
*10/13/06*

United States Magistrate Judge